# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JASON SHEPHERD, | NO. CV 08-2669 ABC (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MICHAEL MARTEL, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 17, 2010.

_____
AUDREY B. COLLINS
CHIEF UNITED STATES DISTRICT JUDGE